COMMONWEALTH *vs.* CHRISTOPHER C. DEXTER.

*Scire facias* on a recognizance taken under *St.* 1852, *c.* 322, must be brought at the next term after default, although appointed by law for the transaction of civil business only.

SCIRE FACIAS upon a recognizance taken under the *St.* of 1852, *c.* 322, for the appearance of the defendant at the May term 1855 of the court of common pleas to answer to a complaint for unlawfully selling intoxicating liquor. The defendant was defaulted at October term 1856, and this writ of *scire facias* was sued out on the 13th of March 1857, returnable at May term 1857 of that court. The defendant demurred, upon the ground that this action should have been brought at January term 1857, being the next term after his default. *Bishop*, J. overruled the demurrer and gave judgment for the Commonwealth, and the defendant appealed.

*G. F. Verry*, for the defendant.

*S. H. Phillips*, (Attorney General,) for the Commonwealth. By the *St.* of 1841, *c.* 111, § 3, all civil suits on recognizances entered into in any criminal prosecution are made returnable at terms established for the disposition of criminal business in counties in which such terms are established. The provision of the *St.* of 1852, *c.* 322, § 12, requiring *scire facias* on a recognizance to be " returnable at the next term," must be taken to mean the next criminal term. And this requirement is intended not for the benefit of the defendant, but for the more prompt enforcement of the law, and is merely directory.

SHAW, C. J.   The *St.* of 1852, *c.* 322, § 12, which governs this case, requires that " whenever a default shall be had upon any recognizance required under this act, *scire facias* shall be issued returnable at the next term." It was held in *Commonwealth* v. *Thompson*, 2 Gray, 82, that the special remedy prescribed by the act must be followed in all suits on recognizances under the act, and that an action of contract on such a recognizance, returnable at a subsequent term, could not therefore be maintained.   For the same reason *scire facias* must be brought at the first term after the default.   *Commonwealth* v. *Brown*, 7 Gray, 319.   The provision of the *St.* of 1855, *c.* 215, § 36, altering this law, is limited to suits on recognizances under that act, and does not affect this case.

*Judgment for the defendant.*